IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,         )<br>                           )<br>    Plaintiff,          )<br>                           )<br>vs.                        )<br>                           )<br>J. W. ANDREWS, et al.      )<br>                           )<br>    Defendants.        )<br>_____) | No. 1:07-CV-886-CKJ<br><br>**ORDER** |

On May 21, 2009, this Court ordered that Defendants were required to file an answer and set forth a procedure for service of Defendants. On June 25, 2009, the Summons were returned unexecuted as to Defendants Lopez and Hernandez. These documents, however, provide information that may provide additional information to complete service. Plaintiff is advised that, if he seeks an additional attempt to serve these Defendants, he will need to provide an additional Notice of Submission of Documents.[1] The Clerk of the Court having already sent Plaintiff a service packet, the Court will direct the Clerk of the Court to send a modified service packet to Plaintiff.

Accordingly, IT IS ORDERED:

1. The Clerk of the Court must send Plaintiff a modified service packet incuding

---

[1] Plaintiff is further advised that, if any further Summons are returned unexecuted, he will need to provide any additional Notice of Submission of Documents.

1  this Order, a Notice of Submission of Documents form, and copies of Summons and USM-
2  285 forms for Defendants Lopez and Hernandez.

3      2.    Within 30 days of the date of the filing of this Order, Plaintiff must complete
4  and return to the Clerk of the Court the Notice of Submission of Documents.  Plaintiff must
5  submit with the Notice of Submission of Documents:  a copy of the Complaint for each
6  Defendant to be served, a copy of the May 21, 2009, Order for each Defendant to be served,
7  a copy of this Order for each Defendant to be served, a completed Summons for each
8  Defendant to be served, and a completed USM-285 for each Defendant to be served.

9      3.    Plaintiff must not attempt service on Defendants and must not request waiver
10 of service. Once the Clerk of the Court has received the Notice of Submission of Documents
11 and the required documents, the Court will direct the United States Marshal to seek waiver
12 of service from each Defendant or serve each Defendant.

13     4.    **If Plaintiff fails to return the Notice of Submission of Documents and the**
14 **required documents within 30 days of the filing of this Order, Defendants Lopez and**
15 **Hernandez will be dismissed from this action.**

16     DATED this 13th day of July, 2009.

*[Signature]*
Cindy K. Jorgenson
United States District Judge