IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>J. W. ANDREWS, et al.<br><br>    Defendants. | No. 1:07-CV-886-CKJ<br><br>**ORDER** |

    On December 17, 2009, this Court issued an order to show cause to Plaintiff why this case should not be dismissed without prejudice as to C. Lopez and B. Hernandez. In issuing that Order, the Court pointed out that, on June 25, 2009, a Summons had been returned unexecuted as to Defendants C. Lopez and B. Hernandez. Additionally, the Court had issued an August 13, 2009, Order regarding additional service attempts on Defendants C. Lopez and B. Hernandez. The docket sheet reflects that, on October 26, 2009, the Summons for C. Lopez was returned unexecuted with a statement that Lopez was not employed at the place indicated by Plaintiff and that there was no forwarding location; no documents had been filed regarding Hernandez.

    In responding to the order to show cause, Plaintiff requests C. Lopez be dismissed as unavailable for service. Additionally, Plaintiff asserts time for service should be extended as to B. Hernandez because B. Hernandez has been served, but has failed to timely file any responsive pleading. A review of the docket, however, does not reflect that B. Hernandez

has been served. The Court finds it appropriate to direct the U.S. Marshal's Office to file a Summons Returned Executed, a Summons Returned Unexecuted, a Waiver of Service Returned Executed, or a status report.[1]

Accordingly, IT IS ORDERED:

1. Defendant C. Lopez is DISMISSED WITHOUT PREJUDICE from this action pursuant to Fed.R.Civ.P. 4(m).

2. The U.S. Marshal's Office shall file a Summons Returned Executed, a Summons Returned Unexecuted, a Waiver of Service Returned Executed, or a status report as to the service of B. Hernandez within 20 days of this Order.

3. The Clerk of the Court shall provide a copy of the Order to the U. S. Marshal's Office.

DATED this 8th day of February, 2010.

                                                        _____
                                                        Cindy K. Jorgenson
                                                        United States District Judge

---

[1] The Court's August 13, 2009, Order directed the U. S. Marshal to immediately file requests for waivers that were returned undeliverable and waivers of service of summons. In the event a waiver of service of summons was not returned by a defendant within 60 days from the date the request was sent, the Order also directed the U.S. Marshal to personally serve defendants and file a return of service.