IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,              )<br>                                              )<br>       Plaintiff,                        )<br>                                              )<br>vs.                                       )<br>                                              )<br>J. W. ANDREWS, et al.          )<br>                                              )<br>       Defendants.                  )<br>_____) | No. 1:07-CV-886-CKJ<br><br>**ORDER** |

Pending before the Court is Defendants' request to complete Plaintiff's deposition via video conference. Plaintiff has not filed an objection to this request.

The parties may stipulate or the Court may order that a deposition be taken "by telephone or other remote means." Fed.R.Civ.P. 30(b)(4). The "party seeking to depose a witness telephonically must present a legitimate reason for its request." *Cressler v. Neuenschwander*, 170 F.R.D. 20, 21 (D.Kan. 1996). The Court finds Defendants have shown good cause for deposing Plaintiff by video conference.

Accordingly, IT IS ORDERED:

1. Defendants' Request to Take Plaintiff's Deposition Via Video Conference [Doc. # 34] is GRANTED.

2. Counsel for Defendants may conduct Plaintiff's deposition via video conference.

DATED this 22nd day of March, 2010.

_____
Cindy K. Jorgenson
United States District Judge