IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br>   Plaintiff,<br>vs.<br>J. W. ANDREWS, et al.<br>   Defendants. | No. 1:07-CV-886-CKJ<br>**ORDER**<br><br>Discovery Deadline:  7/30/10<br>Dispositive Motion Deadline: 9/10/10 |

  The Court has reviewed and considered Defendants' Motion to Modify Scheduling Order and Request for Extension of Time to Respond to Plaintiff's Propounded Discovery [Doc. # 41]. Defendants have presented cause and have made this request prior to the relevant deadlines. *See* Fed.R.Civ.P. 6(b).

  Accordingly, IT IS ORDERED:

  1. The Motion to Modify Scheduling Order and Request for Extension of Time to Respond to Plaintiff's Propounded Discovery [Doc. # 41] is GRANTED.

  2. The deadline for Defendants to respond to Plaintiff's interrogatories is extended to July 20, 2010.

  3. The Court modifies the scheduling order and resets the deadlines as follows:

    a. The deadline for submitting the jointly prepared letter on the parties' settlement positions is due July 1, 2010;

    b. The deadline for discovery is July 30, 2010; and

1          c.       The deadline for filing dispositive motions is September 10, 2010.

2    DATED this 11th day of May, 2010.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -