IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br>  Plaintiff,<br>vs.<br>J. W. ANDREWS, et al.<br>  Defendants. | No. 1:07-CV-886-CKJ<br><br>**ORDER** |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED:

1. Eloy Castro is DISMISSED WITH PREJUDICE from this action.

2. Efren Castro shall be named as Defendant in this matter, in place of Eloy Castro, who the parties have stipulated to dismiss with prejudice from this action.

3. Efren Castro waives service of the summons and complaint, and shall file an answer within thirty days of the date of this order.

4. Within sixty days of the date of this order, Efren Castro shall serve responses to Plaintiff's first set of Requests for Production of Documents, Requests for Admission, and Interrogatories.

DATED this 18th day of May, 2010.

_____
Cindy K. Jorgenson
United States District Judge