IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, <br>     Plaintiff, <br> vs. <br> J. W. ANDREWS, et al. <br>     Defendants. | No. 1:07-CV-886-CKJ <br> **ORDER** <br><br> Discovery Deadline:     8/30/10 <br> Dispositive Motion Deadline:   10/1/10 |

The Court has reviewed and considered Defendants' Second Motion to Modify Discovery Cut-Off Date (Doc. 51). The Court finds it is appropriate to grant the requested relief. Additionally, because the discovery deadline is being extended, the Court will extend the dispositive motion deadline.

Accordingly, IT IS ORDERED:

1. Defendants' Second Motion to Modify Discovery Cut-Off Date (Doc. 51) is GRANTED.
2. The time to serve Defendants' responses to Plaintiff's discovery requests is extended to August 20, 2010.
3. The deadline for discovery is extended to August 30, 2010.
4. The deadline for filing dispositive motions is extended to October 1, 2010.

DATED this 11th day of August, 2010.

_____
Cindy K. Jorgenson
United States District Judge