IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASKINGTON,<br>      Plaintiff,<br>vs.<br>J. W. ANDREWS, et al.,<br>      Defendants. | No. 1:07-CV-886-CKJ<br><br>**ORDER**<br><br>Discovery Deadline:    9/17/10 |

The Court has reviewed and considered Defendants' Motion to Modify Discovery Cut-Off Date (Doc. 54). Defendants have presented cause and have made this request prior to the relevant deadlines. *See* Fed.R.Civ.P. 6(b).

Accordingly, IT IS ORDERED:

1. The Motion to Modify Discovery Cut-Off Date (Doc. 54) is GRANTED.

2. The deadline for Defendants to respond to Plaintiff's discovery requests is extended to September 3, 2010.

3. The deadline for the completion of discovery is extended to September 17, 2010.

DATED this 24th day of August, 2010.

                                            Cindy K. Jorgenson<br>
                                            United States District Judge