IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br>　　　　Plaintiff,<br>vs.<br>J. W. ANDREWS, et al.<br>　　　　Defendants. | No. 1:07-CV-886-CKJ<br>**ORDER** |

　　　　On December 17, 2009, this Court ordered that a Joint Proposed Pretrial Order be filed within 30 days after resolution of dispositive motions or, if no such motions were filed, on or before July 2, 2010.  Although the Court has issued orders extending the dispositive motion deadline, the Court has not extended the deadline for filing the Joint Proposed Pretrial Order if no dispositive motions are filed.  The October 5, 2010, deadline for filing dispositive motions has passed and neither party has filed a dispositive motion.

　　　　Accordingly, IT IS ORDERED:

　　　　1.　　The parties and counsel shall file a **Joint Proposed Pretrial Order**, as set forth in the Court's December 17, 2009, Order (Doc. 27), **on or before November 29, 2010.**

　　　　2.　　Alternatively, Plaintiff Jesse Washington is **ORDERED TO SHOW CAUSE** why this matter should not be dismissed for failure to prosecute by filing a writing with this Court on or before **November 29, 2010**.

　　　　3.　　Plaintiff is advised that failure to file either the Joint Proposed Pretrial Order

1  or a response to the Order to Show Cause may result in dismissal of this matter.  *See Ferdik*
2  *v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992), *cert. denied*, 506 U.S. 915 (1992).
3       DATED this 25th day of October, 2010.

                                                    Cindy K. Jorgenson
                                                    United States District Judge