IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, ) | |
| Plaintiff, ) | |
| ) | No. 1:07-CV-886-CKJ |
| vs. ) | |
| ) | **ORDER** |
| J. W. ANDREWS, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On February 4, 2011, Plaintiff filed a request for an extension beyond the January 31, 2011, deadline for the filing of the Proposed Pretrial Statement (Doc. 63) and has submitted a Proposed Pretrial Statement with his request. The Court finds it appropriate to grant the request.

Additionally, the Court notes that it issued an original scheduling order on December 17, 2009. The Court stated:

> Parties and counsel shall file a **Joint Proposed Pretrial Order** within **thirty (30) days after resolution of the dispositive motions** filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before **July 2, 2010**. The content of the proposed pretrial order shall include, but not be limited to, that prescribed in the **Form of Pretrial Order** attached hereto. If the parties and counsel are unable to prepare a joint proposed pretrial order, a separate proposed pretrial order shall be submitted to the Court accompanied by a statement why the preparation of the joint proposed pretrial order could not be completed through written correspondence.

December 17, 2009, Order, p. 4. Prior to the order herein extending the deadline to February 4, 2011, additional orders had extended the deadline to January 31, 2011. Defendants have

not filed either a Joint Proposed Pretrial Order or a Separate Proposed Pretrial Order as set forth in the Court's December 17, 2009, Order.[1]

On its own motion, the Court "may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to obey a scheduling or other pretrial order." Fed.R.Civ.P. 16(f). The Court finds it appropriate to order Defendants to show cause why sanctions should not be imposed for its failure to comply with the Court's orders.

Accordingly, IT IS ORDERED:

1   Plaintiff's request for an extension of time to file a Proposed Pretrial Statement (Doc. 63) is GRANTED.

2.   The deadline for filing a Proposed Pretrial Statement is extended to February 4, 2011.

3.   Defendants are **ORDERED TO SHOW CAUSE** why sanctions should not be imposed against them for failing to comply with the Court's orders requiring the filing of a Proposed Pretrial Order by filing a writing with the Court on or before February 28, 2011.

4.   Plaintiff shall file any response to Defendants' writing on or before March 21, 2011.

5.   Defendants shall file any reply on or before April 4, 2011.

DATED this 9th day of February, 2011.

_____
Cindy K. Jorgenson
United States District Judge

---

[1] The Court notes that Defendants have filed a Motion to Declare Plaintiff a Vexatious Litigant and to Post Security (Doc. 61). However, that motion does not request dismissal or an extension of the Pretrial Order filing deadline. Indeed, it acknowledges that this matter will be proceeding to trial by seeking to have Plaintiff post security before proceeding to trial. *See* Memorandum (Doc. 61-1), p. 11.