1

2

3

4

5

6

7
# UNITED STATES DISTRICT COURT

8
### EASTERN DISTRICT OF CALIFORNIA

9
JESSE WASHINGTON,                                  CASE NO. 1:07-CV-00886-AWI-MJS PC

10
                 Plaintiff,                      ORDER GRANTING PLAINTIFF'S

11
                                    MOTIONS FOR STATUS RE
   v.                                          SETTLEMENT CONFERENCE

12
                                      (ECF NOS. 105, 106)

13
J.W. ANDREWS, et al.,

14

15
                 Defendants.
_____/

16

17
      Plaintiff Jesse Washington is a California state prisoner proceeding pro se and in

18
forma pauperis in this civil rights action filed June 21, 2007 pursuant to 42 U.S.C. § 1983.

19
The parties have declined Magistrate Judge jurisdiction. (ECF Nos. 86, 87, 90.)

20
      This case is proceeding on Plaintiff's claim that Defendants destroyed his personal

21
property, were indifferent to his medical needs, denied him access to court and retaliated

22
against him.  A trial confirmation hearing is set for January 14, 2013. (ECF No. 88.) Trial
is scheduled to begin February 26, 013. (Id.)

23
      This case had been  selected for the Court's prisoner alternative dispute resolution

24
program, and a settlement conference was set for April 5, 2012. (ECF No. 92.) The Court

25
subsequently vacated the April 5, 2012 settlement conference.

26
      Before the Court are Plaintiff's duplicate Ex Parte Requests for Status (Pl. Req.'s

27
for Status, ECF Nos. 105, 106) in which he  seeks clarification regarding the vacating of

28

1   the settlement conference.

2          In response, the Court advises that by minute order issued April 3, 2012, Magistrate

3   Judge Kellison vacated the April 5, 2012 settlement conference based upon a

4   determination the settlement conference was no longer appropriate. (Minute Order, ECF

5   No. 99.) All dates currently set in this action shall remain pending subject to further order

6   of the Court.

7          Consistent with the foregoing, Plaintiff's Requests for Status (ECF Nos. 105, 106)

8   are GRANTED.

9

10  IT IS SO ORDERED.

11  Dated:    April 25, 2012            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28