UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>J.W. ANDREWS, et al.,<br><br>   Defendants.<br>_____ / | CASE NO. 1:07-CV-00886-AWI-MJS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR STATUS RE SETTLEMENT CONFERENCE<br><br>(ECF NOS. 105, 106) |

Plaintiff Jesse Washington is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 21, 2007 pursuant to 42 U.S.C. § 1983. The parties have declined Magistrate Judge jurisdiction. (ECF Nos. 86, 87, 90.)

This case is proceeding on Plaintiff's claim that Defendants destroyed his personal property, were indifferent to his medical needs, denied him access to court and retaliated against him. A trial confirmation hearing is set for January 14, 2013. (ECF No. 88.) Trial is scheduled to begin February 26, 013. (Id.)

This case had been selected for the Court's prisoner alternative dispute resolution program, and a settlement conference was set for April 5, 2012. (ECF No. 92.) The Court subsequently vacated the April 5, 2012 settlement conference.

Before the Court are Plaintiff's duplicate Ex Parte Requests for Status (Pl. Req.'s for Status, ECF Nos. 105, 106) in which he seeks clarification regarding the vacating of

-1-

the settlement conference.

In response, the Court advises that by minute order issued April 3, 2012, Magistrate Judge Kellison vacated the April 5, 2012 settlement conference based upon a determination the settlement conference was no longer appropriate. (Minute Order, ECF No. 99.) All dates currently set in this action shall remain pending subject to further order of the Court.

Consistent with the foregoing, Plaintiff's Requests for Status (ECF Nos. 105, 106) are GRANTED.

IT IS SO ORDERED.

Dated:     April 25, 2012                         /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE