IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>            Plaintiff,<br><br>     vs.<br><br>J.W. ANDREWS, et al.,<br><br>            Defendants.<br>_____/ | CASE No. 1:07-cv-00886-AWI-MJS (PC)<br><br>ORDER REGARDING DISPOSITIONAL DOCUMENTS UPON SETTLEMENT<br><br>TWENTY-ONE (21) DAY DEADLINE |

   Plaintiff Jesse Washington is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 21, 2007 pursuant to 42 U.S.C. Section 1983. (ECF No. 1.) The case is scheduled for trial confirmation hearing at 3:00 p.m. June 3, 2013, and jury trial on August 6, 2013, at 8:30 a.m.

   This case was selected by the Court for inclusion in the Prisoner Settlement Program and referred to Magistrate Judge Craig M. Kellison for settlement conference on March 14, 2013, and May 8, 2013.  The Court is advised that the parties did agree to a settlement on the latter date.

-1-

Accordingly, it is HEREBY ORDERED that the parties file dispositional documents within twenty-one (21) days of entry of this Order.

IT IS SO ORDERED.

Dated:   May 8, 2013                            /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE