IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.W. ANDREWS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE No. 1:07-cv-00886-AWI-MJS (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 132)<br><br>CLERK SHALL VACATE ALL SCHEDULED DATES AND CLOSE CASE |

　　　Plaintiff Jesse Washington is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 21, 2007 pursuant to 42 U.S.C. Section 1983. (ECF No. 1.) The case is proceeding on Plaintiff's claim that Defendants Andrews, Castro, Martinez, Moore, Rodriquez, and Rosenthal destroyed his personal property, were indifferent to his medical needs, denied him access to court and retaliated against him. The case is scheduled for telephonic trial confirmation hearing before the Honorable Anthony W. Ishii on June 3, 2013, at 3:00 p.m. in Courtroom 2, and jury trial before the Honorable Anthony W. Ishii on August 6, 2013, at 8:30 a.m. in Courtroom 2.

1       On May 24, 2013, Plaintiff and Defendants filed a stipulation for voluntary
2 dismissal of the action with prejudice as to all Defendants. (ECF No. 132.)
3       Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
4 Clerk of the Court is HEREBY DIRECTED to vacate all scheduled dates and close this
5 case.

7 IT IS SO ORDERED.

8 Dated:   May 29, 2013           /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE